1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER M. PETERSON, | ) Case No. 2:24-cv-07004-JAK (PDx) |
|---|---|
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
|  | ) JS-6 Case Closed |
| MICHELLE KING, | ) |
| Acting Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

     Based on a review of the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation" (Dkt. 12)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**.

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 24, 2025

JOHN A. KRONSTADT  
UNITED STATES DISTRICT JUDGE