# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. PETERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LELAND DUDEK, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant ) <br> ) | Case No.: 2:24-cv-07004-JAK-PD <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,257.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  June 25, 2025

_____
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Lawrence D. Rohlfing*
BY: _____
4 |    Lawrence D. Rohlfing
   Attorney for plaintiff Christopher M. Peterson

-2-